682

for the Tenth Circuit denied. *Mr. Thomas H. Gibson* for petitioners. No appearance for respondent.

No. 762. LEISENRING ET AL., EXECUTORS, *v.* UNITED STATES. March 12, 1934. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Spencer Gordon, Henry S. Drinker, Jr.,* and *Frederick E. S. Morrison* for petitioners. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. Erwin N. Griswold* for the United States. See also 4 F.Supp. 993.

No. 767. ROBISON ET AL., ADMINISTRATORS, *v.* CHICAGO & EASTERN ILLINOIS RY. Co. March 12, 1934. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Mr. John S. Marsalek* for petitioners. *Mr. Frank Y. Gladney* for respondent.

No. 781. BOSTON & MAINE RAILROAD *v.* HOPKINS. March 12, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Clive C. Handy* for petitioner. *Mr. Sol Gelb* for respondent.

No. 780. GRIFFIN *v.* MCCARTHY. See *ante,* p. 653.

No. 666. FERGUSON, MAYOR, *v.* MISSOURI EX REL. ELLIS ET AL. March 19, 1934. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Mr. Julian Dean James* for petitioner. No appearance for respondents.